**BIEGLER ORTIZ & CHAN, LLP**
Paul Chan (CA Bar Assn. No. 189288)
1107 Ninth Street, Suite 1025
Sacramento, CA 95814
Telephone: (916) 444-3971
Facsimile: (916) 444-3975

Attorneys for Petitioner
    Victor Manuel Guerra

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL GUERRA, <br><br>    Petitioner, <br><br>vs. <br><br>TOM CAREY, <br><br>    Respondent. | Case No. CIV S-04-1344 DFL DAD P <br><br> **STIPULATION AND ORDER ENLARGING TIME FOR FILING OF PETITIONER'S TRAVERSE TO RESPONDENT'S ANSWER** |

THE PARTIES HEREBY STIPULATE that the filing deadline for Petitioner's Traverse to Respondent's Answer to the petition for writ of mandate in the above-captioned matter shall be extended to May 20, 2005.

Dated: April ____, 2005          /S/ Paul Chan, Esquire
                                     PAUL CHAN for Petitioner

Dated: April ____, 2005          /S/Michael Dolida, Esquire
                                     MICHAEL DOLIDA for Respondent

    IT IS SO ORDERED.

DATED: April 19, 2005.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
guer1344.eottraverse2