1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VICTOR GUERRA,

11            Petitioner,                          No. CIV S-04-1344 JAM DAD P

12       vs.

13   TOM L. CAREY,

14            Respondent.                          ORDER

15   _____/

16            Petitioner, a state prisoner proceeding through counsel, has filed an application for

17   a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On July 1, 2008, the magistrate judge filed findings and recommendations herein

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within twenty days.  Neither party has filed

22   objections to the findings and recommendations.

23            The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1      1.  The findings and recommendations filed July 1, 2008, are adopted in full; and

2      2.  Petitioner's application for a writ of habeas corpus is denied.

3   DATED: August 22, 2008

4

5                                        /s/ John A. Mendez
                                    UNITED STATES DISTRICT JUDGE
6

7   /guer1344.801

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2